Thomas Gene GRATO

v.

UNITED STATES of America.

No. 7006.

United States Court of Appeals
Tenth Circuit.

April 24, 1962.

No attorney for appellant.

Robert N. Chaffin, U. S. Atty., and Leroy V. Amen, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed April 24, 1962, on motion of appellee for failure of appellant diligently to prosecute.

Irven GREEN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 19404.

United States Court of Appeals
Fifth Circuit.

May 25, 1962.

Zach H. Douglas, Jacksonville, Fla., for appellant.

Emmett A. Moran, Asst. U. S. Atty., Jacksonville, Fla., Edward F. Boardman, U. S. Atty., William P. Crewe, Asst. Regional Counsel, Internal Revenue Service, Atlanta, Ga., on the brief, for appellee.

Before BROWN, WISDOM, and BELL, Circuit Judges.

PER CURIAM.

The evidence forming the basis of the verdict of conviction being legally sufficient and no other prejudicial error appearing, the judgment appealed from is affirmed. Glasser v. United States, 1942, 315 U.S. 60, 62 S.Ct. 457, 86 L.Ed. 680; McClanahan v. United States, 5 Cir., 1956, 230 F.2d 919.

Harry LEVINE, Plaintiff-Appellant,

v.

J. WALTER THOMPSON COMPANY,
Defendant-Appellee.

No. 354, Docket 27430.

United States Court of Appeals
Second Circuit.

Argued May 1, 1962.

Decided May 18, 1962.

Harry Levine, pro se.

Coudert Brothers, New York City (Eugene L. Girden, New York City, of counsel), for defendant-appellee.

Before WATERMAN, MOORE and FRIENDLY, Circuit Judges.

PER CURIAM.

We affirm the order entered in the United States District Court for the Southern District of New York dismissing appellant's amended complaint.